| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hancock, James H | 2. Court or Organization<br><br>U. S. District Court, NDAL | 3. Date of Report<br><br>3/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>681 U. S. Courthouse<br><br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion. in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAR 11 P 3: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Exxon Mobil - Stock | D | Dividend | M | T | | | | | |
| 2. CMA Tax Ex. - Money Mkt. | A | Interest | K | T | | | | | |
| 3. BP Amoco - Stock | A | Dividend | K | T | | | | | |
| 4. ING Fin. Svcs. Fund - A Mut. Fund | B | Dividend | M | T | | | | | |
| 5. Archer Daniels Mdl. - C Stock | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Dean Witter & Co. - Stock | A | Dividend | J | T | | | | | |
| 7. Compass Bancshares - Stock | C | Dividend | M | T | | | | | |
| 8. First Trust Special Stock | A | Dividend | K | T | | | | | |
| 9. Regions Bank - Ck Acct | A | Interest | J | T | | | | | |
| 10. Security Benefit Life - deferred annuity | A | Interest | J | W | | | | | |
| 11. El Paso Corp. - Stock | A | Dividend | J | T | | | | | |
| 12. Service Corp. Intl. - Stock | | None | J | T | | | | | |
| 13. Vanguard Wellington Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Regions Fin. Corp. - Stock | C | Dividend | M | T | | | | | |
| 15. La. Pac. - Stock | A | Dividend | J | T | | | | | |
| 16. Eaton Vance Ala. Munis Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Weyerhaeuser - Stock | A | Dividend | K | T | | | | | |
| 18. Mellon Financial Corp. - Stock | A | Dividend | J | T | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/5/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fidelity Trend - Mut. Fund | A | Dividend | K | T | | | | | |
| 20. Allstate Corp. - Stock | A | Dividend | J | T | | | | | |
| 21. Engelhard Corp. - Stock | A | Dividend | K | T | | | | | |
| 22. ABC Bancorp | A | Dividend | J | T | | | | | |
| 23. Sterne Agee - Money Mkt | A | Interest | K | T | | | | | |
| 24. Colonial Bancgroup - Stock | A | Dividend | K | T | | | | | |
| 25. Questar - Stock | A | Dividend | K | T | | | | | |
| 26. Compass Bank - Ck Acct | A | Interest | K | T | | | | | |
| 27. AmSouth Bank - Ck Acct | A | Interest | K | T | | | | | |
| 28. AmSouth Bank - Stock | B | Dividend | L | T | | | | | |
| 29. State Street Corp - Stock | B | Dividend | M | T | | | | | |
| 30. Comerica - Stock | B | Dividend | K | T | | | | | |
| 31. SouthTrust Corp | B | Dividend | K | T | | | | | |
| 32. Sou. Company - Stock | B | Dividend | K | T | | | | | |
| 33. Russell Corp. - Stock | A | Dividend | J | T | | | | | |
| 34. Lucent Tech. - Stock | | None | J | T | | | | | |
| 35. Mirant Corp. - Stock | - | None | | | sold | 6/3 | J | | See Section VIII |
| 36. Caremark RX - Stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = S1,000 or less | B = S1,001-S2,500 | C = S2,501-S5,000 | D = S5,001-S15,000 | E = S15,001-S50,000 |
|---|---|---|---|---|---|
| | F = S50,001-S100,000 | G = S100,001-S1,000,000 | H1 = S1,000,001-S5,000,000 | H2 = More than S5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = S15,000 or less | K = S15,001-S50,000 | L = S50,001-S100,000 | M = S100,001-S250,000 | |
| | N = S250,000-S500,000 | O = S500,001-S1,000,000 | P1 = S1,000,001-S5,000,000 | P2 = S5,000,001-S25,000,000 | |
| | P3 = S25,000,001-S50,000,000 | | P4 = SMore than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  Vulcan Materials - Stock | A | Dividend | K | T | | | | | |
| 38.  Vulcan Materials - Stock | A | Dividend | J | T | Buy | 3/6 | J | | |
| 39.  Banc Trust Financial Group - Stock | A | Dividend | J | T | | | | | See Section VIII |
| 40.  Agere Systems - Stock | | None | J | T | Sold | 12/24 | J | | See Section VIII |
| 41.  HealthSouth - Stock | | None | J | T | Buy | 4/9 | J | | |
| 42.  HealthSouth - Stock | | None | | | Sold | 7/15 | J | E | See Section VIII |
| 43.  HealthSouth - Stock | | None | | | Sold | 8/12 | J | E | See Section VIII |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1,000,001-$5,000,000 | H2  = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hancock, James H | 3/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Line 35 - Sold at a loss.

Line 39 - Name change for Commerce South, Inc. shown on Line 43 of 2002 Report resulting from merger between Commerce South and Banc Trust Financial.

Line 40 - This is a portion of the Agere Systems stock reported on Line 44 of 2002 Report.

Line 42 - This is a portion of the stock shown on Line 41.

Line 43 - This is the balance of the stock shown on Line 41.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hancock, James H | 3/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa████████████████████████

Date _March 5, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544